IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  IRWIN JACOBOWITZ
PEARL H. JACOBOWITZ

Debtors

CIVIL ACTION NO. 3:08-CV-1264

(JUDGE CAPUTO)

### ORDER

NOW, this 11th day of July, 2008, since an appeal from the bankruptcy court to the district court "shall be taken in the same manner as appeals . . . are taken to the court of appeals from the district courts", 28 U.S.C. § 158(c)(2), and since Fed. R. App. P. 24(a)(1) requires that one who desires to appeal from a district court to the court of appeals *in forma pauperis* must present the motion to proceed *in forma pauperis* in the district court, a motion to proceed "*in forma pauperis* in an appeal from the bankruptcy court to the district court should be made first to the bankruptcy court for determination." *In re Kirby*, 1993 WL 340986, at *1 (citing *In re Moore*, 86 B.R. 249, 250 (Bankr. W.D.Okla.1988)).

**NOW, THEREFORE, IT IS HEREBY ORDERED** that this matter is recommitted to the bankruptcy court to determine whether the debtors can proceed on this appeal *in forma pauperis*.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge